UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FRANK A. ROBINSON, | Case No. 6:12-cv-02175-HA |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

HAGGERTY, District Judge:

Based upon the record, IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Acting Commissioner is based upon the correct legal standards and is supported by substantial evidence in the record. The final decision of the Acting Commissioner denying plaintiff Frank A. Robinson's application for Disability Insurance Benefits is AFFIRMED.

IT IS SO ORDERED.

DATED this 21 day of March, 2014.

Ancer L. Haggerty
United States District Judge

Judgment - 1